IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VANCE S. ELLIOTT,

    Plaintiff,

  v.

THE DEPARTMENT OF VETERANS AFFAIRS,

    Defendant.
                                     /

No. C 11-80237 WHA

**ORDER DENYING LEAVE TO FILE COMPLAINT**

      By order filed February 15, 2006, Judge Marilyn Hall Patel of this district deemed plaintiff a vexatious litigant (No. C 04-1600 MHP Dkt. No. 36). He is required to obtain leave of court before filing any new complaint related to claims in that action. The instant complaint asserts libel based on a general statement allegedly printed on VA Form 27-0509. The statement does not mention plaintiff personally.

      To the extent the complaint is incomprehensible, the Court is unable to determine whether the allegations here are related to those previously asserted by plaintiff. To the extent the complaint is comprehensible, it does not state a cognizable claim for relief or a basis for exercising federal subject matter jurisdiction. Leave to file the complaint is **DENIED**. The Clerk **SHALL CLOSE THE FILE**.

      **IT IS SO ORDERED.**

Dated: October 11, 2011.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE