IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VANCE S. ELLIOTT,

    Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS,

    Defendant.
                                              /

No. 11 - misc. - 80237 WHA (PR)

**ORDER DENYING LEAVE TO FILE AMENDED COMPLAINT**

In an order filed on February 15, 2006, plaintiff was deemed a vexatious litigant (No. C 04-1600 MHP (docket number 36)). As such, he is required to obtain leave before he may file any new complaint. The complaint in this action asserted a claim of libel. He was denied leave to file the complaint because it did not state a cognizable claim for relief or any basis for federal subject matter jurisdiction. He has submitted an amended complaint, also for libel, which still does not set forth any basis for federal subject matter jurisdiction. Accordingly, leave to file the amended complaint is **DENIED.**

    **IT IS SO ORDERED.**

Dated: January   9  , 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\ELLIOTT.misc.wpd